In the Matter of KEITH M. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIMBERLY M., Appellant. [833 NYS2d 421]— Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered June 30, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged the subject children to be neglected children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.

SHARON A. BRENT et al., as Administrators of the Estate of DAVID FRANCIS SCHWAB, Deceased, Respondents, v DOUGLAS H. EISELE et al., Appellants. [833 NYS2d 421]— Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered January 25, 2006. The order denied defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.